## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN C. BLOM, *et al.*, | ) | 3:12-cv-00376-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 17, 2012 |
| | ) | |
| ANNE ZOLTANI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

It has come to the attention of the court that this case has been assigned to U.S. Magistrate Judge William G. Cobb.

Counsel for defendant Steamboat Lawyers Group is John A. Aberasturi, Esq., of the Erickson, Thorpe & Swainston, Ltd., law firm.  Prior to his appointment as U.S. Magistrate Judge, William G. Cobb was a shareholder in the Erickson, Thorpe & Swainston, Ltd., law firm.  Because of his previous affiliation with Erickson, Thorpe & Swainston, Ltd., Judge Cobb hereby recuses himself from further proceedings in this case.

IT IS HEREBY ORDERED that the Clerk shall draw another Magistrate Judge to be assigned to this case.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk